JOHN J. SAVAGE, ESQ.
Nevada Bar. No. 11455
HOWARD & HOWARD ATTORNEYS PLLC
3800 Howard Hughes Parkway, Suite 1000
Las Vegas, Nevada 89169
Telephone: (702) 257-1483
Facsimile: (702) 567-1568
jjs@h2law.com

*Counsel for Defendant
Ringcaptcha, Inc.*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| INFOBIP, LTD., a United Kingdom Private Limited Company,<br><br>Plaintiff,<br>vs.<br>RINGCAPTCHA, INC., a foreign Delaware Corporation, and DOES 1 through 10,<br><br>Defendants. | Case No. 2:22-cv-01244-APG-BNW<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT RINGCAPTCHA, INC. TO RESPOND TO INFOBIP, LTD.'S COMPLAINT**<br><br>**(FIRST REQUEST)** |

The parties, through counsel, hereby stipulate and agree as follows:

Defendant RINGCAPTCHA, INC. ("Defendant"), shall have an extension of time until and including **September 9, 2022**, in which to file its Answer or other responsive pleading to Plaintiff INFOBIP, LTD.'s ("Plaintiff") Complaint.

The need to enlarge time for Defendant to respond to Plaintiff's Complaint is based on the following factors. Defendant retained Nevada counsel only two days before its response to the Complaint was due. The additional time requested will permit Defendant's counsel to collect documents and information necessary for an informed response to the Complaint.

/ / /

/ / /

/ / /

/ / /

/ / /

1  This stipulation is brought in good faith and not for purposes of delay.

2  Dated this 29th day of August 2022.     Dated this 29th day of August 2022.

**HOWARD & HOWARD ATTORNEYS PLLC**     **GORDON REES SCULLY MANSUKHANI LLP**

By: */s/ John J. Savage*     By: */s/ Thierry V. Barkley*
    JOHN J. SAVAGE, ESQ.         SEAN P. FLYNN, ESQ.
    Nevada Bar. No. 11455         Nevada Bar No. 15408
    3800 Howard Hughes Parkway,   THIERRY V. BARKLEY, ESQ.
    Suite 1000                    Nevada Bar No. 724
    Las Vegas, Nevada 89169       1 East Liberty Street,
                                  Suite 424
*Counsel for Defendant*           Reno, Nevada 89501
*Ringcaptcha, Inc.*
                                  *Counsel for Plaintiff*
                                  *Infobip, Ltd.*

**IT IS SO ORDERED**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: August 30, 2022