JOHN J. SAVAGE, ESQ.
Nevada Bar. No. 11455
HOWARD & HOWARD ATTORNEYS PLLC
3800 Howard Hughes Parkway, Suite 1000
Las Vegas, Nevada 89169
Telephone: (702) 257-1483
Facsimile: (702) 567-1568
jjs@h2law.com

*Counsel for Defendant/Counterclaimant
Ringcaptcha, Inc.*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| INFOBIP, LTD., a United Kingdom Private Limited Company,<br><br>Plaintiff,<br><br>vs.<br><br>RINGCAPTCHA, INC., a foreign Delaware Corporation, and DOES 1 through 10,<br><br>Defendants. | Case No. 2:22-cv-01244-APG-BNW<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFF/COUNTERDEFNDANT TO RESPOND TO RINGCAPTCHA, INC.'s COUNTERCLAIM**<br><br>**(FIRST REQUEST)** |

The parties, through counsel, hereby stipulate and agree as follows:

Plaintiff/Counterdefendant INFOBIP, Ltd.("Plaintiff/Counter-Defendant"), shall have an extension of time until and including October 21, 2022, in which to file its Reply or other responsive pleading to Defendant/Counterclaimat RINGCAPTCHA's Counterclaim.

The need to enlarge time for Plaintiff/CounterDefendant to respond to the Counterclaim is due to the time necessary to obtain both documents and information from the Plaintiff which is a London based corporate entity before filing its Reply.

///
///
///
///
///
///

This stipulation is brought in good faith and not for purposes of delay.

Dated this 29th day of September 2022.

**HOWARD & HOWARD ATTORNEYS PLLC**

By: */s/ John J. Savage*
JOHN J. SAVAGE, ESQ.
Nevada Bar. No. 11455
3800 Howard Hughes Parkway,
Suite 1000
Las Vegas, Nevada 89169

*Counsel for Defendant Ringcaptcha, Inc.*

Dated this 29th day of September 2022.

**GORDON REES SCULLY MANSUKHANI LLP**

By: _____
SEAN P. FLYNN, ESQ.
Nevada Bar No. 15408
THIERRY V. BARKLEY, ESQ.
Nevada Bar No. 724
1 East Liberty Street,
Suite 424
Reno, Nevada 89501

*Counsel for Plaintiff Infobip, Ltd.*

**IT IS SO ORDERED**

DATED: October 3, 2022

_____
UNITED STATES MAGISTRATE JUDGE

[STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT]
4859-4168-4272, v. 1