# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| INFOBIP, LTD., | Case No.: 2:22-cv-01244-APG-BNW |
| Plaintiff | **Order for Stipulation of Dismissal or Status Report** |
| v. | |
| RINGCAPCHA, INC., | |
| Defendant | |

On May 8, 2024, the parties advised the court that they settled this case and requested 60 days to file a voluntary dismissal with prejudice. ECF No. 25. More than 60 days have passed without further action from the parties.

I THEREFORE ORDER that by September 13, 2024, the parties shall file either a stipulation of dismissal, a voluntary dismissal, or a status report regarding settlement. The failure to do so will result in dismissal of this case.

DATED this 30th day of August, 2024.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE