SEAN P. FLYNN, ESQ.
Nevada Bar No. 15408
THIERRY VINCENT BARKLEY, ESQ.
Nevada Bar No. 724
**GORDON REES SCULLY MANSUKHANI, LLP**
1 East Liberty Street, Suite 424
Reno, NV 89501
Telephone: (775) 467-2610
Facsimile: (775) 460-4901
E-mail: sflynn@grsm.com
tbarkley@grsm.com

*Attorneys for Plaintiff*
Infobip, Ltd.

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| INFOBIP, LTD. , a United Kingdom Private Limited Company,<br><br>Plaintiff,<br><br>vs.<br><br>RINGCAPCHA, INC., a foreign Delaware Corporation; DOES 1 through 10, inclusive,<br><br>Defendants. | CASE NO. 2:22-cv-01244-APG-BNW<br><br>**JOINT STATUS REPORT** |

The parties hereby provide this Joint Status Report pursuant to the Court's Order dated August 30, 2024 [Doc. 26]. The parties have reached a settlement and are in the process of fulfilling their obligations under the Settlement Agreement. The parties anticipate being in a position to file final settlement and dismissal papers on or before January 30, 2025.

Dated this ____ day of September, 2024.

GORDON REES SCULLY MANSUKHANI

By: *s/Sean P. Flynn*
SEAN P. FLYNN (SBN15408)
THIERRY V. BARKLEY (SBN 724)
1 East Liberty Street, Ste. 424
Reno, Nevada 89501
*Counsel for Plaintiff/Counterdefendant Infobip, Ltd.*

Dated this ____ day of September, 2024.

HOWARD & HOWARD ATTORNEYS, PLLC

By: */s/John S. Savage*
JOHN J. SAVAGE, ESQ.
Nevada Bar. No. 11455
3800 Howard Hughes Parkway, Ste. 1000
Las Vegas, Nevada 89169
*Counsel for Defendant/Counterclaimant Ringcaptcha, Inc.*