**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| INFOBIP, LTD., | Case No.: 2:22-cv-01244-APG-BNW |
| Plaintiff | **Order for Stipulation to Dismiss or Status Report** |
| v. | |
| RINGCAPCHA, INC., | |
| Defendant | |

On September 6, 2024, the parties advised the court that they had settled this case and anticipated filing dismissal papers by January 30, 2025. No stipulation to dismiss has been filed.

I THEREFORE ORDER that by March 20, 2025, the parties shall file a stipulation to dismiss or a status report regarding settlement.

DATED this 4th day of March, 2025.

ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE