JOHN J. SAVAGE, ESQ.
Nevada Bar. No. 11455
HOWARD & HOWARD ATTORNEYS PLLC
3800 Howard Hughes Parkway, Suite 1000
Las Vegas, Nevada 89169
Telephone: (702) 257-1483
Facsimile: (702) 567-1568
jjs@h2law.com

*Counsel for Defendant*
*Ringcaptcha, Inc.*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| INFOBIP, LTD., a United Kingdom Private Limited Company,<br><br>Plaintiff,<br>vs.<br><br>RINGCAPTCHA, INC., a foreign Delaware Corporation, and DOES 1 through 10,<br><br>Defendants. | Case No. 2:22-cv-01244-APG-BNW<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and Fed. R. Civ. P. 41(c), Plaintiff INFOBIP, LTD. ("Plaintiff") and Defendant RINGCAPTCHA, INC. ("Defendant"), by and through their undersigned counsel, hereby stipulate to dismiss this action in its entirety, with prejudice, with each party bearing their own fees and costs.

Dated this 21st day of March 2025.

**HOWARD & HOWARD ATTORNEYS PLLC**

By: */s/ John J. Savage*
    JOHN J. SAVAGE, ESQ.
    Nevada Bar. No. 11455
    3800 Howard Hughes Parkway,
    Suite 1000
    Las Vegas, Nevada 89169

*Counsel for Defendant*
*Ringcaptcha, Inc.*

Dated this 21st day of March 2025.

**GORDON REES SCULLY MANSUKHANI LLP**

By: */s/ Sean P. Flynn*
    SEAN P. FLYNN, ESQ.
    Nevada Bar No. 15408
    THIERRY V. BARKLEY, ESQ.
    Nevada Bar No. 724
    1 East Liberty Street,
    Suite 424
    Reno, Nevada 89501

*Counsel for Plaintiff*
*Infobip, Ltd.*

IT IS SO ORDERED:

Dated: March 24, 2025

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE